UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| MILL ROAD 36 HENRY, LLC, ET AL., ) <br> ) <br> Petitioner-Appellant, ) <br> ) <br> v. ) <br> ) <br> COMMISSIONER OF INTERNAL ) <br> REVENUE, ) <br> ) <br> Respondent-Appellee. ) <br> ) | No. 24-11334 |

# PETITIONER-APPELLANT'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE PRINCIPAL BRIEF

Lauren T. Heron
Asbury Law Firm
133 Peachtree Street NE
Suite 4900
Atlanta, Georgia 30303
P: (404) 382-9942
F: (404) 565-1103
lauren@asburylawfirm.com

*Counsel for Petitioner-Appellant*

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1(a) and 26.1-3 it is hereby certified that, to the best of Petitioner-Appellant's knowledge, information, and belief, the following persons and entities have an interest in the outcome of this case or have participated as attorneys or judges in the adjudication of this case:

Asbury, Anson H., Lead Counsel for Petitioner-Appellant, Asbury Law Firm;

Bender, Ashley M., Internal Revenue Service, Attorney;

Boisture, Pooja A., Lead Counsel for Respondent-Appellee; United States Department of Justice, Appellate Section, Tax Division;

Gardner, R. Brian, III, Counsel for Petitioner-Appellant, Asbury Law Firm;

Gustafson, David, United States Tax Court, Judge;

Heron, Lauren, Counsel for Petitioner-Appellant, Asbury Law Firm;

Hubbert, David A., Deputy Assistant Attorney General, United States Department of Justice, Tax Division;

James, Matthew T., Internal Revenue Service, Attorney;

CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT

Mill Road 36 Henry, LLC, Petitioner-Appellant;

Mourges, Elizabeth C., Internal Revenue Service, Attorney;

MR36 Manager, LLC, Petitioner-Appellant, Tax Matters Partner;

Rembach, Olivia H., Internal Revenue Service, Attorney;

Rico, Kristina L., Internal Revenue Service, Attorney;

Rollinson, Marjorie A., Internal Revenue Service, Chief Counsel;

Tyson, Kimberly B., Internal Revenue Service, Attorney;

Ugolini, Francesca, Counsel for Respondent-Appellee, United States Department of Justice, Appellate Section, Tax Division;

Vazquez, Andrew R., Counsel for Petitioner-Appellant, Asbury Law Firm; and

Vernon, Ethan J., Counsel for Petitioner-Appellant, Asbury Law Firm.

No publicly traded company or corporation has an interest in the outcome of this case or appeal.

# PETITIONER-APPELLANT'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE PRINCIPAL BRIEF

Pursuant to Federal Rules of Appellate Procedure 26(b) and 27 and Eleventh Circuit Rules 26-1, 27-1, and 31-2, Mill Road 36 Henry, LLC, MR36 Manager, LLC, Tax Matters Partner ("Petitioner-Appellant") moves the Court to extend the time for filing Petitioner-Appellant's principal brief by 14 days, to August 29, 2024.

Petitioner-Appellant's principal brief is currently due on August 15, 2024. This is Petitioner-Appellant's second request for an extension of time. This motion is being filed more than seven days before the date sought to be extended. Counsel for Petitioner-Appellant has consulted opposing counsel and opposing counsel has no objection to this extension of time.

Good cause exists for the requested extension. Since filing the first request for an extension of time, counsel for Petitioner-Appellant's obligations in other matters have required a substantial amount of counsel's time. As a result, counsel has been unable to devote adequate time to the principal brief. The requested extension of time will ensure Petitioner-Appellant's counsel's best efforts in preparing a principal brief that will assist the Court in resolving this case. This request is not made for any improper purpose or to cause unnecessary delay.

For the foregoing reasons, Petitioner-Appellant respectfully moves the Court for a 14-day extension of time to file its principal brief, to August 29, 2024.

Respectfully submitted this 30th day of July, 2024.

/s/ Lauren T. Heron
Lauren T. Heron
Asbury Law Firm
133 Peachtree Street NE
Suite 4900
Atlanta, Georgia 30303
P: (404) 382-9942
F: (404) 565-1103
lauren@asburylawfirm.com

*Counsel for Petitioner-Appellant*

# CERTIFICATE OF COMPLIANCE

Counsel for Petitioner-Appellant hereby certifies that this document complies with the type-volume limitation in Fed. R. App. P. 27(d)(2)(A) because it contains 221 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

Counsel further certifies that this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word, version 16.45, in 14-point Times New Roman font.

Dated this 30th day of July, 2024.

/s/ Lauren T. Heron
Lauren T. Heron
Asbury Law Firm
133 Peachtree Street NE
Suite 4900
Atlanta, Georgia 30303
P: (404) 382-9942
F: (404) 565-1103
lauren@asburylawfirm.com

*Counsel for Petitioner-Appellant*

# CERTIFICATE OF SERVICE

It is hereby certified that the foregoing Petitioner-Appellant's Consent Motion for Extension of Time to File Principal Brief was filed with the Clerk via the CM/ECF filing system this 30th day of July, 2024, thereby serving it on all counsel of record.

/s/ Lauren T. Heron
Lauren T. Heron
Asbury Law Firm
133 Peachtree Street NE
Suite 4900
Atlanta, Georgia 30303
P: (404) 382-9942
F: (404) 565-1103
lauren@asburylawfirm.com

*Counsel for Petitioner-Appellant*