In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-11334

_____

MILL ROAD 36 HENRY, LLC,
MR36 MANAGER, LLC,
TAX MATTERS PARTNER,

                                              Petitioners-Appellants,

*versus*

COMMISSIONER OF INTERNAL REVENUE,

                                              Respondent-Appellee.

_____

Petition for Review of a Decision of the
U.S. Tax Court
Agency No. 11676-20

_____

ORDER:

The "Motion for Leave to File an *Amicus Curiae* Brief Out of Time for Partnership for Conservation in Support of Petitioners-Appellants and Reversal" is DENIED.

<u>/s/ Kevin C. Newsom</u>
UNITED STATES CIRCUIT JUDGE