United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith                                                                                                    In Replying Give Number
Clerk                                                                                                                Of Case and Names of Parties

May 5, 2025

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **SEPTEMBER 8, 2025, IN ATLANTA, GEORGIA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK.  COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.  IF THERE ARE ANY PENDING RELATED APPEALS, COUNSEL SHOULD NOTIFY THE CLERK AS SOON AS POSSIBLE.**  *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).  An amicus curiae may participate in oral argument only with the Court's permission.  See FRAP 29(a)(8).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email
Jenifer_Tubbs@ca11.uscourts.gov

**JENIFER TUBBS**
Court Sessions Supervisor
-------------------------------------------------------------------------------------------------------------------------------------
***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS.  PLEASE REFER TO CALENDAR #22.***

| | |
|---|---|
| 23-13642 | United States v. Anthony Blair (REVISED ARGUMENT DATE) |
| 24-13131 | Pamela Smothers v. Roger Childers, et al. (REVISED ARGUMENT DATE) |
| 21-14078 | Andrew Paseur v. United States |
| 24-12273 | NetChoice LLC v. Attorney General, State of Georgia |
| 24-13111 | Alabama State Conference of the NAACP, et al. v. Attorney General, State of Alabama |
| 24-11526 | United States v. Nikequis Green |
| 24-10885 | Johnny Miles v. City of Hazelhurst, Georgia, et al. |
| 24-11347 | Edible IP, LLC, et al. v. 1-800-Flowers.com, et al. |
| 24-10651 | Fairfield Southern Company v. Director, Office of Workers' Compensation Programs |
| 24-10846 | United States v. Mezemr Belayneh |
| 24-12662 | Mobile Baykeeper, Inc. v. Alabama Power Company |
| 24-12144 | Dr. Lana Foster v. Shannon King, et al. |
| 24-11060 | Ricky Johnson v. Dr. Kevin Marler |
| 24-11986 | George Martin v. Commissioner, Alabama Department of Corrections |
| 24-11882 | Ralph Evans v. Commissioner of Internal Revenue (Consolidated with 24-11884, Nathaniel Carter, et al. v. Commissioner of Internal Revenue) |
| 24-11334 | Mill Road 36 Henry, LLC, et al. v. Commissioner of Internal Revenue |