United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith                                                                                      In Replying Give Number
Clerk                                                                                               Of Case and Names of Parties

June 30, 2025

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **NOVEMBER 17, 2025, IN MONTGOMERY, ALABAMA.  COURT WILL BE HELD MONDAY-THURSDAY OF THIS WEEK.  COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.  IF THERE ARE ANY PENDING RELATED APPEALS, COUNSEL SHOULD NOTIFY THE CLERK AS SOON AS POSSIBLE.**  *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).  An amicus curiae may participate in oral argument only with the Court's permission.  See FRAP 29(a)(8).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email Jenifer_Tubbs@ca11.uscourts.gov

**JENIFER TUBBS**
Court Sessions Supervisor

---

***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS. PLEASE REFER TO CALENDAR #3.***

| Case No. | Case Name |
|---|---|
| 22-13410 | Donald Trump v. Hillary Clinton, et al. (Consolidated with 22-14099, 23-10387 and 23-13177) (REVISED ARGUMENT DATE) |
| 24-11986 | George Martin v. Commissioner, Alabama Dept. of Corrections (REVISED ARGUMENT DATE) |
| 24-11099 | Elnoria Howell v. Baldwin County Board of Education, et al. (REVISED ARGUMENT DATE) |
| 24-11334 | Mill Road 36 Henry LLC, et al. v. Commissioner of Internal Revenue (REVISED ARGUMENT DATE) |
| 24-12547 | C.W. v. Steve Smith, et al. |
| 24-13501 | Geoffrey Wanjohi, et al. v. Arzaan Food Mart, LLC |
| 24-12167 | Racheal Gantt v. Deputy Everett |
| 24-11100 | APM Terminals Mobile, LLC v. International Longshoremen's Association, AFL-CIO |
| 21-12536 | Teresa Boyd v. U.S. Postmaster General |
| 24-11427 | United States v. John Thomas |
| 24-13981 | Tyler Wallace v. TSI Inc |
| 23-13973 | United States v. Andre Franklin |
| 24-11069 | Davita Key v. Dynamic Security, Inc. (Consolidated with 24-11126, Davita Key v. Hyundai Motor Manufacturing Alabama, LLC, et al.) |
| 24-11396 | Amanali Babwari v. State Farm Fire and Casualty Company |
| 25-10014 | Stephen Jenner, et al. v. Commissioner of Internal Revenue |
| 24-11586 | Elena Mukhina v. Walmart, Inc. |